UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL G. CAINE,<br><br>              Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the<br>Social Security Administration.<br><br>              Defendant. | Case No. C09-450-BAT<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Brian A. Tsuchida, United States Magistrate Judge:

On April 6, 2009, plaintiff filed an application to proceed *in forma pauperis*. Dkt. 1. The application is deficient because plaintiff failed to completely answer question 2. Specifically, plaintiff failed to state the amount of his SSDI spousal benefits for the care of child under 18 and the amount he received during the past 12 months. Plaintiff shall have **thirty (30) days** from the date of this Order to correct this deficiency.

///

///

///

///

MINUTE ORDER - 1

The Clerk is directed to send a blank copy of the Court's standard *in forma pauperis* forms to plaintiff, along with a copy of this Order.

DATED this 7th day of April, 2009.

Bruce Rifkin
Clerk of Court

/s/Vanessa Perez
Deputy Clerk

MINUTE ORDER - 2