UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL G. CAINE, | ) | |
| Plaintiff, | ) | No. C09-450-BAT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| Defendant, | ) | |

After careful consideration of Plaintiff's Corrected Motion to Proceed in Forma Pauperis (Dkt. 3), the governing law and balance of the record, the Court ORDERS:

(1) Plaintiff's Application to Proceed in Forma Pauperis is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk of Court is directed to send a copy of this Order to plaintiff, and to issue summonses to plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

(3) The Clerk is directed to send to plaintiff a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 7th day of May, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATION
TO PROCEED IN FORMA PAUPERIS - 1