Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL G. CAINE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | C09-0450-JCC<br><br>**ORDER** |

This matter comes before the Court on the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 20), to which no party has filed objections. Having reviewed the relevant record, the Court hereby ADOPTS the report and recommendation.

The Court REVERSES the decision of the Commissioner, and REMANDS this case to the Social Security Administration for further administrative proceedings consistent with the report and recommendation.

The Clerk shall send copies of this order to the parties and to Magistrate Judge Tsuchida.

SO ORDERED this 25th day of May, 2010.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER, C09-0450-JCC
Page 1